IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ALVAREZ | § | |
| VS. | § | CIVIL ACTION NO. 1:23cv359 |
| WARDEN, FCI BEAUMONT MEDIUM | § | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Petitioner Christopher Alvarez, proceeding *pro se*, filed this petition for writ of habeas corpus. The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion for summary judgment filed by the respondent be granted.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Proper notice was given to petitioner at his last known address. *See* FED. R. CIV. P. 5(b)(2). No objections were filed to the Report and Recommendation.

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge [Dkt. 7] is ADOPTED as the opinion of the Court. The motion for summary judgment [Dkt. 5] is GRANTED. A final judgment shall be entered in accordance with the recommendation of the Magistrate Judge.

**SIGNED this 22nd day of August, 2024.**

Michael J. Truncale
United States District Judge